IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 02-0346 |
| vs. | : | |
| | : | CIVIL ACTION |
| SALVATORE PELULLO | : | NO. 12-4966 |

**O R D E R**

**AND NOW,** this 3rd day of June, 2013, after careful consideration of the petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Document #20) and the government's response thereto (Document #21), IT IS HEREBY ORDERED that the motion is DENIED and DISMISSED in its entirety without a hearing.

IT IS FURTHER ORDERED that because Mr. Pelullo has failed to make a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.